## Fleurot *against* Durand.

*Henry*, for the defendant, moved for judgment as in case of *non pros*, on the ground that the plaintiff had not delivered the *particulars* of his demand, pursuant to the order made and served on him, by the defendant, for that purpose.

*Burr*, contra.

*Per Curiam.* There appears to be no established rule of practice in this respect. As the particulars of the plaintiff's demand may be deemed as part of his declaration, we think it the proper course for the defendant to move for judgment, as in case of *non pros*, for want of the bill of particulars, as he might have done for want of a declaration. We, therefore, grant the rule that the plaintiff furnish to the defendant *the particulars* of his demand, in twenty days, or that a judgment of *non pros* be entered.

Rule granted.

* *Tidd's Pr.* 425, 531. 1 *Str.* 705. *Webber v. Austin,* 8 *Term Rep.* 356.

If the plaintiff neglects to deliver to the defendant the *particulars* of his demand, pursuant to an order for that purpose, the defendant is entitled to move for judgment as in case of *non pros.*